

FILED
JUN - 5 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 3:19CR **083** |
| | ) |
| ROBERT N. BALDWIN, III | ) Count 1: 26 U.S.C. § 5861(d) (Possess |
| | ) Unregistered Silencers and |
| Defendant. | ) Short-Barreled Rifle) |
| | ) |
| | ) Forfeiture Allegation |

June 2019 Term – At Richmond, Virginia

## COUNT ONE

The Grand Jury charges that on or about April 24, 2018, in the Eastern District of Virginia and within the jurisdiction of this Court, ROBERT N. BALDWIN, III, the defendant, did knowingly and unlawfully receive and possess firearms, to wit: three firearms silencers as defined in Title 18, United States Code, Section 921(a)(24); and one weapon made from a Diamondback Firearms .223 semi-automatic rifle, serial number DB-1804335, that, as modified, had a barrel length of less than 16 inches, that were not registered to him in the National Firearms Registration and Transfer Record.

(In violation of Title 26, United States Code, Section 5861(d)).

## **FORFEITURE ALLEGATION**

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of such offenses.

Property subject to forfeiture includes, but is not limited to:

three firearms silencers as defined in Title 18, United States Code, Section 921(a)(24);

and one weapon made from a Diamondback Firearms .223 semi-automatic rifle, serial number DB-1804335; and

all accompanying ammunition.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c); Title 26 United States Code 5872.)

A TRUE BILL

FOREPERSON

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
Stephen W. Miller
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

2